Kaveh S. Elihu, Esq. (SBN 268249)
kelihu@EJLGlaw.com
Jose L. Valdez, Esq. (SBN 341234)
jvaldez@EJLGlaw.com
**EMPLOYEE JUSTICE LEGAL GROUP, PC**
1001 Wilshire Blvd.
Los Angeles, CA 90017
Telephone: (213) 382-2222
Facsimile: (213) 382-2230

Attorneys for Plaintiff PAZ RAYGOZA

Daniel F. Fears, State Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, State Bar No. 258992
akh@paynefears.com
Megan A Mackie, State Bar No. 325004
mam@paynefears.com
**PAYNE & FEARS LLP**
Attorneys at Law
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant WALMART INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| PAZ RAYGOZA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> WALMART INC., a Delaware corporation formerly known as WAL-MART STORES, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:21-cv-00809-GW (KSx) <br><br> **Hon. George H. Wu** <br><br> **JOINT STIPULATION FOR DISMISSAL OF ALL CLAIMS** |

**TO ALL PARTIES AND THIS HONORABLE COURT**

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, through their designated counsel, that Plaintiff PAZ RAYGOZA dismisses this entire action with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41. This dismissal is pursuant to a settlement reached among the parties. Pursuant to the settlement, each party shall bear its own attorneys' fees and costs.

Dated:   July 28, 2022         PAYNE & FEARS LLP

                               By:  /s/ _Megan A. Mackie_____
                                        DANIEL F. FEARS
                                        ANDREW K. HAEFFELE
                                        MEGAN A MACKIE

                               Attorneys for Defendant WALMART INC.

Dated:   July 28, 2022         **EMPLOYEE JUSTICE LEGAL GROUP, PC**

                               By:  /s/_Kaveh S. Elihu_____
                                    KAVEH S. ELIHU
                                    JOSE VALDEZ
                                    Attorneys for Plaintiff
                                    PAZ RAYGOZA


### SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in the filing's content.

                               By:  /s/ _Megan A. Mackie_____

4867-7875-1020.1